Cheryl L. Kozdrey (SBN 323308)
ckozdrey@sdvlaw.com
William E. Phillips IV (SBN 344382 )
wphillips@sdvlaw.com
SAXE DOERNBERGER & VITA, P.C.
One BetterWorld Circle, Suite 300
Temecula, CA 92590
Phone: (951) 365-3145
Fax: (203) 287-8847

Attorney for Plaintiff
GOLDEN STATE GLAZING, INC.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE GLAZING, INC.;<br><br>Plaintiff,<br><br>v.<br><br>HUDSON EXCESS INSURANCE COMPANY;<br>JAMES RIVER INSURANCE COMPANY,<br><br>Defendants. | Case No.: 5:25-cv-00937-JGB-DTB<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by Plaintiff, Golden State Glazing, Inc. ("Golden" or "Plaintiff"), and Defendant, Hudson Excess Insurance Company ("Hudson" or "Defendant"), by and through their counsel, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). The parties are to bear their own attorney fees and costs.

Dated: November 13, 2025     **SAXE DOERNBERGER & VITA, P.C.**

By: */s/ Cheryl L. Kozdrey*
Cheryl L. Kozdrey
William E. Phillips IV
Attorneys for Plaintiff, GOLDEN STATE GLAZING

Dated: November 13, 2025     **HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP**

By: */s/ Stephen A. Scott*
Stephen A. Scott
Charles E. Tillage
Attorneys for Defendant,
HUDSON EXCESS INSURANCE COMPANY

Attorneys for Defendant
JAMES RIVER INSURANCE COMPANY

**ATTESTATION OF AUTHORITY TO FILE**

Pursuant to L.R. 5-4.3.4(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 13, 2025                /s/ *Cheryl L. Kozdrey*
                                        Cheryl L. Kozdrey

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Central Division, by using the court's CM/ECF system on November 13, 2025. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF System.

Dated November 13, 2025            /s/ *Cheryl L. Kozdrey*
                                   Cheryl L. Kozdrey